[No. 19366-3-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY LYNN WENTWORTH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00092-2, James D. Roper, J., entered February 28, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 19769-3-II.    Division Two.    September 26, 1997.]

MARGY WILLMAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-2-01096-1, Don L. McCulloch, J., entered March 2, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[Nos. 20239-5-II; 20234-4-II;    Division Two.    September 26, 1997.]
    20315-4-II; 20283-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. SANG ANH CHUONG, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DUC HAU GIP, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. HOANG TAU KIEU, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KIET HOANG LE, *Appellant*.

Appeals from judgments of the Superior Court for Clark County, Nos. 95-1-01658-8; 95-1-01657-0; 95-1-01659-6; 95-1-01660-0, Thomas L. Lodge, J., entered December 18, 1995. *Affirmed* as to appellants Gip, Kieu, and Le and *reversed* and *remanded* as to appellant Chuong by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.